THE STATE EX REL. DRAGANIC, APPELLANT, *v.* INDUSTRIAL
COMMISSION OF OHIO, APPELLEE.

[Cite as *State ex rel. Draganic v. Indus.
Comm.* (1998), 83 Ohio St.3d 355.]

(No. 96–90—Submitted September 16, 1998—Decided October 14, 1998.)

*Garson & Associates Co., L.P.A., David L. Meyerson* and *Grace A. Szubski,* for appellant.

*Betty D. Montgomery,* Attorney General, and *Gerald H. Waterman,* Assistant Attorney General, for appellee.

---

**Per Curiam.**  Subsequent to the completion of briefing in this case, we decided *State ex rel. Draganic v. Indus. Comm.* (1996), 75 Ohio St.3d 461, 663 N.E.2d 929. There, we held that the commission was not bound by its January 10, 1992 interlocutory order and did not abuse its discretion in denying PTD subsequent to April 20, 1992.  Claimant's appeal is, therefore, moot, and it is dismissed.

*Appeal dismissed.*

MOYER, C.J., PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.